UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

AGNES VITT,

    Plaintiff,                               CASE NO. 3:11-cv-00812-MMH-TEM

v.

CENTRAL CREDIT SERVICES, INC.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, AGNES VITT, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 30 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

                                                         RESPECTFULLY SUBMITTED,

Dated: January 3, 2012             By:  /s/ Shireen Hormozdi
                                                 Shireen Hormozdi
                                                 Krohn & Moss, Ltd
                                                 10474 Santa Monica Blvd., Suite 401
                                                 Los Angeles, CA 90025
                                                 Phone: (323) 988-2400 ext. 267
                                                 Fax:   (866) 802-0021
                                                 Attorney for Plaintiff
                                                 FBN: 0882461

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2012, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted to the Attorney for Defendant via the CM/ECF system.

/s/ Shireen Hormozdi
Shireen Hormozdi
Attorney for Plaintiff