**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

AGNES VITT,

                Plaintiff,

-vs-                                   Case No.   3:11-cv-812-J-34TEM

CENTRAL CREDIT SERVICES, INC.,

                Defendant.

_____

**ORDER OF DISMISSAL**

       This matter is before the Court on the Joint Stipulation for Voluntary Dismissal With Prejudice (Dkt. No. 11; Stipulation) filed on February 27, 2012.  In the Stipulation, the parties request dismissal of this matter with prejudice.  See Stipulation at 1.  Accordingly, it is hereby **ORDERED**:

       1.      This case is **DISMISSED with prejudice**.

       2.      Each of the parties shall bear their respective costs and attorneys' fees, except as provided in the parties' Settlement Agreement and Release of Liability.

3.      The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 28th day of February, 2012.

*Marcia Morales Howard*

**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record